AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES O. HENRY, et al.,

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

vs.

CHESAPEAKE APPALACHIA, LLC,

CASE NO.  C2-12-122
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. PRESTON DEAVERS

       Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed August 8, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 8, 2012                        JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk