AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES O. HENRY, et al.,

       Plaintiffs,

                                   **JUDGMENT IN A CIVIL CASE**

vs.

                                   **CASE NO. C2-12-122**

**CHESAPEAKE APPALACHIA, LLC,**     **JUDGE EDMUND A. SARGUS, JR.**
                                              **MAGISTRATE JUDGE E. PRESTON DEAVERS**

       **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 8, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 8, 2012                                     JAMES BONINI, CLERK

                                                                  */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                   Courtroom Deputy Clerk