IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES O. HENRY, et al., | CASE NO.: 2:12-cv-122 |
| Plaintiffs, | JUDGE SARGUS |
| vs. | MAGISTRATE DEAVERS |
| CHESAPEAKE APPALACHIA, L.L.C., | |
| Defendant. | |

### AGREED ENTRY STAYING JUDGMENT PENDING APPEAL

Upon consideration of Defendant's Unopposed Motion to Stay Execution of the Judgment Pending Appeal, and for good cause having been shown,

IT IS HEREBY ORDERED that Judgment Entries, dated August 8, 2012 (ECF # 20 & 21), are hereby stayed pending final disposition of the appeal filed by Defendant Chesapeake Appalachia, L.L.C. to the United States Court of Appeals for the Sixth Circuit.

IT IS SO ORDERED.

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**

Agreed and approved,

/s/ Kevin M. Pearl
Kevin M. Pearl (0074772)
Michael G. Simon (0067520)
FRANKOVITCH, NETAKIS, COLANTONIA
& SIMON
337 Penco Road
Wierton, WV 26062
Ph: (304) 723-4400

and

David J. Scarpone (0038828)
Law Offices of David J. Scarpone
2021 Sunset Blvd, Main Floor
Steubenville, OH 43952
Ph: (840) 283-4529

*Attorneys for Plaintiffs*

Agreed and approved,

/s/ Michael R. Traven
Michael R. Traven (0081158)
Robert B. Graziano (0051855)
ROETZEL & ANDRESS
155 E. Broad Street, 12th Floor
Columbus, OH 43215
Ph: (614) 463-9770
Fax: (614) 463-9792
E-mail: mtraven@ralaw.com
rgraziano@ralaw.com

and

Stephen W. Funk (0058506)
ROETZEL & ANDRESS
222 South Main Street
Akron, OH 44308
Ph: (330) 376-2700
Fax: (330) 376-4577
E-mail: sfunk@ralaw.com

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*