AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES O. HENRY, et al.,

   Plaintiffs,

             **JUDGMENT IN A CIVIL CASE**

v.

             **CASE NO. 2:12-cv-122**
**CHESAPEAKE APPALACHIA, LLC.,** **JUDGE EDMUND A. SARGUS, JR.**
             **MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

   Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

   **Pursuant to the Order filed February 10, 2014, JUDGMENT is hereby entered in favor of Defendant Chesapeake Appalachia, LLC. This action is DISMISSED.**

Date: February 10, 2014        JOHN P. HEHMAN, CLERK

               */S/ Andy F. Quisumbing*
               (By) Andy F. Quisumbing
               Courtroom Deputy Clerk